# United States District Court
### EASTERN DISTRICT OF WISCONSIN

**WINSTON HENSLEY, individually and
on behalf of all others similarly situated,**

        **Plaintiff,**

          **v.**

**MOLSON COORS BEVERAGE COMPANY
USA LLC GOVERNANCE COMMITTEE, et al.,**

        **Defendants.**

**JUDGMENT IN A CIVIL CASE
Case No. 25-C-1371**

---

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒     **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing, and this matter is DISMISSED with prejudice.


Dated:   June 30, 2026


                LINDA M. KLEMM
                CLERK OF COURT

                s/ Mara VandenHeuvel
                (By) Deputy Clerk